**Supreme Court**
No. 2021-307-Appeal.

In re P.Z.                              :

# O R D E R

This case came before the Supreme Court for oral argument on September 29, 2022, pursuant to an order directing the parties to show cause why the issues raised in this appeal should not be summarily decided.  The respondent, P.Z., appeals from the entry of a November 12, 2021 order issued by the District Court substituting its judgment for the respondent and consenting to the administration of certain medications.[1]  On appeal, the respondent asserts that: (1) the respondent's claims are appropriately before this Court because they are of extreme public importance, capable of repetition, and yet will evade review; (2) the hearing judge erred in granting the petition for instructions because the clear and convincing evidence standard of proof was not satisfied; and (3) the hearing judge erred in granting the petition because no determination was made whether the respondent was

---

[1] At the time of the order, the respondent was at Eleanor Slater Hospital after being found incompetent to stand trial in the then-pending criminal cases N3-2021-0252A and W3-2019-0023A on charges of disorderly conduct, willful trespass, and vandalism.

incompetent to make informed medical decisions. After considering the parties' written and oral submissions, we conclude that cause has not been shown, and we proceed to decide the appeal at this time. At oral argument, counsel for the respondent acknowledged that the respondent is no longer hospitalized, no longer medicated, and the aforementioned criminal charges have been dismissed pursuant to Rule 48(a) of the Superior Court Rules of Criminal Procedure. Therefore, there is no justiciable controversy before this Court.

Accordingly, the instant appeal is dismissed on the grounds of mootness.

Entered as an Order of this Court this 25th day of October, 2022.

By Order,


/s/ Debra A. Saunders, Clerk
_____

Clerk



**STATE OF RHODE ISLAND**

**SUPREME COURT – CLERK'S OFFICE**
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

**ORDER COVER SHEET**

| | | |
|---|---|---|
| **Title of Case** | In re P.Z. | |
| **Case Number** | No. 2021-307-Appeal.<br>(MH-21-495) | |
| **Date Order Filed** | October 25, 2022 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | 6th Division District Court | |
| **Judicial Officer from Lower Court** | Associate Judge Stephen M. Isherwood | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Thomas J. Corrigan, Jr., Esq. | |
| | For Respondent:<br><br>Amy E. Veri, Esq. | |